UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MEREDITH LOWE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 1:12-cv-902-WTL-TAB |
| PATRICK DONAHOE, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

The Court having granted summary judgment in favor of the Defendant, Patrick Donahoe, in the above cause, judgment is hereby entered in favor of the Defendant and against Plaintiff Meredith Lowe on the claims in the Plaintiff's Amended Complaint.

SO ORDERED:  04/23/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication